FILED

06/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0011

_____

IN THE MATTER OF THE
CONSERVATORSHIP OF:

H.D.K.,                                                          O R D E R

      A Protected Person.


_____


This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on June 28, 2021, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. R. 10(6) pertains to use of initials for parties in certain proceedings. It states: "In any proceeding regarding . . . Title 72, Chapter 5, part 3 (Guardians of Incapacitated Persons), only the initials of the child, parent(s), or individual party(ies), as the case may be, may be used in all filings." This matter on appeal pertains to § 72-5-401, MCA, original petition for appointment or protective order. However, because H.D.K. has been previously deemed a protected person pursuant to Title 72, Chapter 5, Part 3, any reference to her name must utilize initials. Appellee's brief incorporates her full name on page 5 and her last name on page 6 of the response brief dated June 28, 2021. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 28 2021